NOTE: CHANGES MADE BY THE COURT

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ULYSSES ABURTO, an individual, on behalf of himself, and on behalf of all persons similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>VERIZON CALIFORNIA INC.,<br><br>Defendant. | Case No. 2:11-cv-03683-ODW (VBK)<br><br>ORDER GRANTING STIPULATION FOR ENTRY OF PROTECTIVE ORDER |

[PROPOSED] ORDER GRANTING STIPULATION FOR ENTRY OF PROTECTIVE ORDER

The Court has reviewed the Parties' Stipulation For Entry of a Protective Order.

Good cause appearing therefore, it is hereby ordered that the Stipulation is granted.

This Stipulated Protective Order will govern documents and information produced by the parties in *Aburto v. Verizon California Inc.*, Civil Action No. 2:11-cv-ODW (VBK).

**IT IS SO ORDERED**.   NOTE: District Judge retains discretion to vary terms of this order for pre-trial and trial proceedings.

DATED: July 20, 2011                _____/s/_____
                                                              HONORABLE VICTOR B. KENTON
                                                              United States Magistrate Judge.