UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 11-03683-ODW(VBKx) | Date | November 1, 2011 |
|---|---|---|---|
| Title | Ulysses Aburto v. Verizon California Inc. | | |

| Present: The Honorable | Otis D. Wright II, United States District Judge | |
|---|---|---|
| Sheila English | | None present |
| Deputy Clerk | | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: |
| None present | | None present |

**Proceedings:**     **MINUTE ORDER  (IN CHAMBERS)**

    **COUNSEL ARE NOTIFIED** that the order, filed on July 6, 2011, docket number [37] is hereby corrected to read the Court grants settlement procedure No. 3 (Private Mediation) in place of settlement No.2 as stated on the order.

:  00

Initials of Preparer      se