JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ULYSSES ABURTO, an individual, on behalf of himself, and on behalf of all persons similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>VERIZON CALIFORNIA INC.,<br><br>Defendant. | Case No. CV 11-03683-ODW(VBK)<br><br>Judge: Hon. Otis D. Wright<br>Mag. Judge: Hon. Victor B. Kenton<br><br>**ORDER OF DISMISSAL OF ACTION WITH PREJUDICE**<br><br>Complaint Filed: January 14, 2011<br><br>**[FED. R. CIV. P. 41(A)]** |

Pursuant to the Parties' Stipulation for Dismissal of Action with Prejudice filed on March 14, 2012, and for good cause shown,

1. The claims asserted on behalf of Plaintiff Ulysses Aburto as an individual in the action captioned above are dismissed in their entirety with prejudice as against all defendants;

2. The claims asserted on behalf of absent class members in the action referenced above are dismissed without prejudice as against all defendants.

IT IS SO ORDERED.

Dated: March 15, 2012   _____

Honorable Otis D. Wright II